UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                                                          DOCKET No. 2:19-cr-00149-JDL

MERCADO et el

MOTION TO EXTEND DEADLINES AND SPEEDY TRIAL WAIVER

  NOW COMES the Defendant, by and through his undersigned counsel, and moves to extend the deadlines including trial, to March 2020, as follows:

1. The defendant was just charged in the superseding indictment with a 924(c) Count.
2. The Defendant has filed a Motion to Dismiss. That motion is still pending.
3. The government has provided some additional discovery, however more discovery is forthcoming, including various lab reports.
4. Additionally, due to the convoluted and vague nature of Defendant Hardy's criminal history, establishing an accurate criminal history and any exposure to collateral consequences such as Career Criminal is unclear at this time. Counsel has spoken with the Government and the Probation Office and is working diligently to sort that out. Records have been ordered. This information is vital to Counsel so that Mr. Hardy can be properly advised going forward and make a knowing and intelligent decision with respect to plea or trial.
5. The defendant understands his rights to a speedy trial, and hereby waives from speedy trial consideration any extension of time granted by this motion.

6. None of the parties object to this motion.

**DATED:** December 18, 2019          /s/ John Scott Webb

                                                 JOHN SCOTT WEBB, ESQ.
                                                 Maine Bar Reg. No. 7517
                                                 Attorney for the Defendant

                                                 16 Middle Street
                                                 Saco, Maine 04072
                                                 207-283-6400

CERTIFICATE OF SERVICE

I hereby certify that I have today filed the foregoing DEFENDANT'S MOTION TO EXTEND DEADLINES AND SPEEDY TRIAL WAIVER using the CM/ECF system, which will cause a copy to be sent to the AUSA Dan Perry, and to Attorneys Robert A. Levine, and Amy Fairfield.

DATED:  December 18, 2019                                  /s/ John Scott Webb

_____

JOHN SCOTT WEBB, ESQ.
Maine Bar Reg. No. 7517
Attorney for the Defendant

16 Middle Street
Saco, Maine 04072
207-283-6400