**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **Criminal No. 2:19-cr-149-JDL** |
| | ) | |
| **NATHANIEL RIVERA** | ) | |

## <u>GOVERNMENT'S VERSION OF THE OFFENSE</u>

Had the case proceeded to trial, the Government would produce evidence that would establish beyond a reasonable doubt that from approximately May 10 and May 11, 2019, this defendant conspired with other persons in a scheme to rob an individual (hereinafter "Victim") who was engaged in the business of distributing marijuana.

The evidence would include electronic location evidence, text messages, eyewitness testimony and testimony from law enforcement personnel.  The evidence would establish the following facts:

Victim was familiar with this defendant through his marijuana distribution business. On May 10, 2019, defendant called Victim and told Victim he was with two girls who wanted to come over and party.  Defendant and two females later showed up at Victim's residence.  All four individuals consumed alcohol and socialized at Victim's.

Prior to going to Victim's house, defendant and other conspirators had made a plan in which defendant and the girls would act as a ruse to get access into Victim's house and then unlock the door to allow the other conspirators to enter the house and rob the victim of drugs and drug proceeds.  Defendant, the girls, and the co-conspirators travelled from Massachusetts to York, Maine on the evening of May 10, 2019.

As planned, defendant at one point unlocked an entry door to Victim's residence. Defendant then texted the co-conspirators who were waiting outside the residence that the door was unlocked.  The co-conspirators soon thereafter entered the house through that door

each carrying a firearm.  The co-conspirators attempted to rob the victim but he resisted.

Both co-conspirators discharged their weapons inside the house.  Victim was able to flee the

house and escape by running down the driveway.  The defendant and the two females left in

the vehicle in which they arrived.  The armed co-conspirators stole the victim's truck and

fled.


Dated February 14, 2020                     Halsey B. Frank
                                            United States Attorney


                                            */s/Daniel J. Perry*
                                            Daniel J. Perry
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            100 Middle Street, East Tower, 6th Floor
                                            Portland, ME  04101
                                            (207) 780-3257

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 14, 2020, I emailed the foregoing Government's Version of the Offense to:

Amy Fairfield, Esq.

Halsey B. Frank
United States Attorney


/s/Daniel J. Perry
Assistant United States Attorney