# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                     ) | No. 2:19-cr-00149-JDL-3 |
| ) | |
| NATHANIEL RIVERA,                                         ) | |
| ) | |
| **Defendant**                                            ) | |

## ORDER OF DETENTION PENDING SENTENCING

This matter came before me this date on the government's Motion to Revoke Bail (ECF No. 142) and the defendant's subsequent Motion to Surrender Bail (ECF No. 150). The government did not object to the defendant's motion to surrender and, as a result, withdrew its motion to revoke. Accordingly, I **_GRANT_** the defendant's motion to surrender, deem the government's motion to revoke **_WITHDRAWN_**, and **_ORDER_** that the defendant be detained pending sentencing.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 10th day of November, 2020.

/s/ John H. Rich III
United States Magistrate Judge