UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | No. 2:19-CR-00149-JDL |
| ) | |
| NATHANIEL RIVERA  ) | |
| ) | |

### DEFENDANT RIVERA'S REQUEST TO REVOKE REQUEST FOR VIDEO SENTENCING HEARING

NOW COMES the Defendant, Nathaniel Rivera, by and through undersigned counsel, Amy L. Fairfield, and hereby asks the Court to revoke Defendant's request to be sentenced via video sentencing hearing as allowed by provisions of the CARES Act.

**With the Consent of the Defendant, The CARES Act Allows Sentencing by Video**

Indeed, Mr. Rivera asked this Court to schedule his matter for Sentencing via video. However, new information has recently been made available to counsel necessitating further discussion and analysis regarding how Mr. Rivera should proceed. The CARES Act allows video sentencing with a defendant's consent and after a judge makes specific findings that there exist specific facts in a particular case that, if delayed, would potentially cause serious harm to the interests of justice.

Mr. Rivera wishes to rescind his consent to proceed to sentencing by video at this time in order that he may fully understand all of the information to be made available to him through his counsel.

**Conclusion**

 Mr. Rivera respectfully requests that his matter currently scheduled for a Sentencing Hearing next Tuesday, January 19, 2021 at 2:00 p.m. be cancelled and scheduled at a time in the future when he is able to appear in person.

Dated: January 15, 2021          /s/ Amy L. Fairfield
                  Amy L. Fairfield
                  Maine Bar Reg. No. 009598
                  Attorney for Nathaniel Rivera
                  Fairfield & Associates, P.A.
                  10 Stoney Brook Lane
                  Lyman, ME 04002
                  (207) 985-9465
                  amy@fairfieldandassociates.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I filed the foregoing Request to Revoke Request for Video Sentencing Hearing using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

/s/ Amy L. Fairfield
Attorney for Nathaniel Rivera