AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

United States of America
v.

NATHANIEL RIVERA

*Defendant*

Case No. 2:19-cr-00149-JDL-03

*[Stamp: DISTRICT OF MAINE PORTLAND RECEIVED & FILED 2021 FEB 10 A 4:14 DEPUTY CLERK]*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NATHANIEL RIVERA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Condition(s) of Release; 18:3148

Date: 11/03/2020

*Issuing officer's signature*

City and state:   Portland, ME

Melody Dalphonse, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/3/20, and the person was arrested on *(date)* 11/5/20
at *(city and state)* Portland, ME.

Date: 11/6/20

*Arresting officer's signature*

For FBI
Owen T Crawford
*Printed name and title*