UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. NATHANIEL RIVERA

DOCKET NO:  2:19-cr-00149- JDL

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | A | | Letter from Niva Garcia | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | B | | Letter from Annaleisse Garcia | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | C | | Letter from Audrey Rivera | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | D | | Letter from Aristotle Stilley | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | E | | Religious Programs Certificate dated June 4, 2021 | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | F | | Photographs (Nathan w/ Family) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | G | | Photographs (Nathan Working) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | H | | Letter from Jessica Verdejo, MAT, Reentry Coordinator, dated June 22, 2021 | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| | I | | Letter from Matt Brown, Recovery Coach, dated June 23, 2021 | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 1 | | | Excerpt of Affidavit in *In the Matter of the Search of Records Related to T-Mobile Cel Telephone Number (978) 876-0926*, 2:19-mj-00185-JDL | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 2 | | | Photo – 12 Gauge Shotgun Impact to Bathroom Door | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 3 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002722) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 4 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002723) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 5 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002726) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 6 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002727) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 7 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002728) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| 8 | | | Video - Home Surveillance, 3 Rowe Falls Lane, York, ME (00002729) | | 7/7/2021 | 7/7/2021 | 7/7/2021 |
| X | | | SEALED DOCUMENT | | 7/7/2021 | 7/7/2021 | 7/7/2021 |