UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | 2:19-CR-149-LEW |
| v. | ) | |
| | ) | |
| NATHANIEL RIVERA, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 9, 2025, the United States Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision (ECF No. 237) on Defendant's pro se Motion to Compel (ECF No. 234). The time within which to file objections expired on July 23, 2025, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED (ECF No. 237). Defendant's Motion to Compel is DENIED (ECF No. 234) and the matter is TRANSFERRED to the Eastern District of Virginia.

**SO ORDERED.**

Dated this 5th day of August, 2025.

/s/ Lance E. Walker
Lance E. Walker
Chief U.S. District Judge